UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : DOCKET NO. 3:01CR263(JBA) |
| JOSEPH P. GANIM | : APRIL 27, 2005 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the United States of America .

_____          _____
**Date**                                                              **Signature**

 CT 24354                                                    SANDRA S. GLOVER
**Connecticut Federal Bar Number**          **Print Clearly or TypeName**

 (203) 821-3739                                         157 Church Street, 23rd Floor
**Telephone Number**                                 **Address**

 (203) 773-5378                                         New Haven, Connecticut   06510
**Fax Number**

Sandra.Glover@usdoj.gov
**E-mail address**

## **CERTIFICATION OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this 27th day of April, 2005 to:

Richard T. Meehan, Jr.
Edward J. Gavin
Meehan, Meehan & Gavin
76 Lyon Terrace
Bridgeport, CT 06604

J. Bruce Maffeo
233 Broadway, Suite 2701
New York, New York 10279

Peter Goldberger
Law Offices of Alan Ellis
50 Rittenhouse Place
Ardmore, PA 19003-2276

SANDRA S. GLOVER
ASSISTANT UNITED STATES ATTORNEY