# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 26th day of April, two thousand five,

Present:
    Hon. Guido Calabresi,
    Hon. José A. Cabranes,
        *Circuit Judges*,
    Hon. Janet C. Hall,
        *District Judge.*\*

United States of America,
        Appellee,

v.                                                                                      03-1448-cr

Joseph P. Ganim,
        Defendant-Appellant.

The Government moves, with the consent of the Appellant, to remand the case for resentencing. Upon due consideration, it is ORDERED that the motion is GRANTED IN PART, and that, pursuant to *United States v. Crosby*, 397 F.3d 103, 118-20 (2d Cir. 2005), the case is REMANDED to the district court for that court to consider *whether* to resentence Appellant, after considering the currently applicable statutory requirements as explicated in *United States v. Booker*, __U.S.__, 125 S.Ct. 738, 764 (2005), and *Crosby*. It is FURTHER ORDERED that Appellant's motion for stay is DENIED as unnecessary. This Court's Clerk's Office shall issue the mandate forthwith, pursuant to *United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir. 1994). Jurisdiction over the appeal will be automatically restored to this Court, without the need for a new notice of appeal, if the parties notify this Court's Clerk's Office within ten days of the entry of the district court's decision. If jurisdiction is restored to this Court, the appeal will be assigned to a new panel in due course.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By [signature] Lucille Carr

---

\*The Honorable Janet C. Hall, of the U.S. District Court for the District of Connecticut, sitting by designation.

SAO-MFS

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature] Ralph Obes
DEPUTY CLERK

- ISSUED AS MANDATE: 4-26-05 -