**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CASE NO. 3:01cr263 (JBA)** |
| **JOSEPH P. GANIM** : | |

**ENDORSEMENT ORDER #268**

Pursuant to the scheduling conference held on the record of June 8, 2005, the government's motion for post-Crosby briefing is GRANTED. The following schedule is Ordered:

1. Defendant's position on post-Booker proceedings and re-sentencing is set out in [Dkt.# 269] and no additional submission will be made.

2. Government's response shall be filed by June 24, 2005.

3. Defendant's reply shall be filed by July 1, 2005.

IT IS SO ORDERED.

\_\_\_/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 8, 2005