UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>     PLAINTIFF | :<br>: | NO. 3:01CR263 (JBA) |
| VS. | : | |
| JOSEPH P. GANIM,<br>     DEFENDANT | :<br>: | AUGUST 12, 2005 |

## MOTION FOR RETURN OF SEIZED PROPERTY

The defendant in the above captioned action, having been notified by the Clerk of the Court that a Motion for Return of Property must be filed by August 19, 2005 or the property will be disposed of, hereby requests the return of his United States Passport.

THE DEFENDANT

(JOSEPH P. GANIM)


BY:_____
    RICHARD T. MEEHAN, JR. , ct06029
    MEEHAN, MEEHAN & GAVIN
    76 Lyon Terrace
    Bridgeport, Connecticut 06604
    (203) 333-1888

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to:

| | |
|---|---|
| Sandra S. Glover, Esq. | Ronald S. Apter, Esq. |
| Assistant U.S. Attorney | Special Assistant U.S. Attorney |
| P.O. Box 1824 | The Hartford Financial Services Group, Inc. |
| New Haven, CT  06508 | Law Dept. HO-1-09 |
| | Hartford, CT  06115 |

_____
RICHARD T. MEEHAN, JR.
Attorney at Law