UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 AUG 17 P 2: 15
US DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | : : | NO. 3:01CR263(JBA) |
| VS. | : | |
| JOSEPH P. GANIM, DEFENDANT | : : | AUGUST 12, 2005 |

## MOTION FOR RETURN OF SEIZED PROPERTY

The defendant in the above captioned action, having been notified by the Clerk of the Court that a Motion for Return of Property must be filed by August 19, 2005 or the property will be disposed of, hereby requests the return of his United States Passport.

THE DEFENDANT

(JOSEPH P. GANIM)

BY: _____
RICHARD T. MEEHAN, JR., ct06029
MEEHAN, MEEHAN & GAVIN
76 Lyon Terrace
Bridgeport, Connecticut 06604
(203) 333-1888

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to:

Sandra S. Glover, Esq.  
Assistant U.S. Attorney  
P.O. Box 1824  
New Haven, CT  06508

Ronald S. Apter, Esq.  
Special Assistant U.S. Attorney  
The Hartford Financial Services Group, Inc.  
Law Dept. HO-1-09  
Hartford, CT  06115

_____  
RICHARD T. MEEHAN, JR.  
Attorney at Law