FILED

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:01-CR-263 (JBA) |
| | : | USCA2 No. 03-1448 |
| JOSEPH P. GANIM, | : | |
| Defendant-Appellant. | : | |

### DEFENDANT GANIM'S MOTION
### FOR RETURN OF PROPERTY HELD BY THE CLERK

The defendant Joseph P. Ganim (hereafter "Ganim"), respectfully moves this Court for the return of his property currently held by the Clerk of the Court; namely one United States Passport. A judgment in this case was imposed by this Court, following a trial and verdict. After an appeal was taken, the case was later remanded for possible re-sentencing and is currently awaiting further decision by the Court.

In so far as the Clerk has notified Ganim that a motion for return of the property must be made on or before August 19, 2005, or risk disposal of that property, we respectfully request that the Court allow the return of his United States passport forthwith.

Dated: August 16, 2005
New York, New York

Respectfully submitted,

BY: _____
J. BRUCE MAFFEO, ct23157
Attorney for Defendant
  Joseph P. Ganim
233 Broadway, Suite 2701
New York, New York 10279
(212) 404-7040

CERTIFICATE OF SERVICE

On August 16, 2005, I served a copy of the foregoing document on counsel for the government by United States mail, first class postage prepaid, addressed to:

Sandra S. Glover, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Ronald S. Apter, Esq.
Special Assistant U.S. Attorney
The Hartford Financial Services Group, Inc.
Law Dept. HO-1-09
Hartford, CT 06115

*/s/ Bruce Maffeo*