THE LAW OFFICES OF



# AlanEllis

SAN FRANCISCO    PHILADELPHIA

PRACTICE LIMITED TO FEDERAL CRIMINAL LAW

REPLY TO:

Ardmore

May 18, 2006
**Via FedEx Next Day Delivery**

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals, Second Circuit
1702 United States Courthouse
40 Foley Square
New York, NY  10007



Re:  <u>United States v. Joseph P. Ganim</u>
CA2 Dkt. 03-1448

**NOTICE FOR POST-REMAND REINSTATEMENT OF APPEAL**

Dear Ms. MacKechnie:

By order dated April 26, 2005, this Court granted (in part) the appellee's unopposed motion for remand under <u>U.S. v. Crosby</u>.  At that time, the appellant had filed his opening brief and the joint appendix, but the appellee's brief had not been filed.

The Court's Order provides that jurisdiction will be automatically restored to this Court if the parties notify the Court within ten days of the entry of the district court's decision on remand.  The district court acted on the remand on May 5, 2006, and entered its decision on the docket that day, declining to resentence.  Ten days thereafter, per FRAP 26(a)(1-2), will be May 19, 2006.

The appellant wishes to pursue his appeal.  On behalf of both parties, the appellant accordingly notifies the Court of the entry of the district court's ruling and requests that the appeal be restored to the docket.  By motion separately filed the appellant will suggest, in light of the passage of time, that a new briefing schedule be set, that he be granted leave to withdraw his previous brief and to file a revised brief (advancing the same arguments, relying on the same appendix, but under the current state of precedent, plus a new sentencing argument), and that the appellee then file its brief, followed by appellant's reply and setting of an argument date.

Respectfully,
LAW OFFICES OF ALAN ELLIS

By:    PETER GOLDBERGER
<u>Attorneys for the Appellant</u>

cc:  Sandra S. Glover, Esq., AUSA

**www.alanellis.com**

**SAN FRANCISCO** | 910 IRWIN STREET, SAN RAFAEL, CA  94901 • P 415.460.1430 • F 415.460.1630 • AELaw1@alanellis.com
**PHILADELPHIA** | 50 RITTENHOUSE PLACE, ARDMORE, PA 19003 • P 610.658.2255 • F 610.649.8362 • AELaw2@alanellis.com